Receipt # 1109113B
12/27/10 KQB

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

CHERYL A. THRELFALL                           B-09-14587-K

                Debtor

      IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Cheryl A. Threlfall, 70 Emporium Ave., West Seneca, NY 14224

      AND IT

      FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

      Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $40.22 representing unclaimed funds belonging to the above-named debtor.

Dated: December 16, 2010           _____
                                                   ALBERT J. MOGAVERO
                                                   CHAPTER 13 TRUSTEE



FILED DEC 27 2010 BANKRUPTCY COURT BUFFALO, N.Y.